UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | ORDER |
| v. | : | |
| | : | D.C. No. 10-690(SRC) |
| LOVETT TROWELL | : | |

This matter having come before the Court on the application of defendant, Lovett Trowell, (by John H. Yauch, Assistant Federal Public Defender) for an Order pursuant to Defendant's motion, and the United States ( by Rodney Villazor, Assistant U.S. Attorney) appearing, and for good cause shown;

IT IS on this 2/ day of       , 2011, HEREBY ORDERED that:

The appeal filed in this matter is hereby withdrawn.

HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT COURT JUDGE